IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 3: 08-CR-3 (CAR) |
| RONNELL JUDGE WILLIAMS, | RE: VIOLATION OF CONDITIONS OF RELEASE |
| Defendant | |

## ORDER OF REVOCATION AND DETENTION

Defendant RONNELL JUDGE WILLIAMS, represented by legal counsel Ms. Catherine Michelle Leek of the Federal Defenders Office, this day appeared before the undersigned for a hearing under provisions of 18 U.S.C. §3148 on a **PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** dated September 11, 2008, and filed by U.S. Probation Officer Teresa T. Tom. The government was represented by Assistant U.S. Attorney Tamara A. Jarrett. The defendant admitted under oath the violations set forth in Ms. Tom's petition. The court further finds that there are no conditions or combination of conditions which could be imposed upon defendant WILLIAMS which would insure that he would not continue to violate the conditions imposed upon him.

Accordingly, **IT IS ORDERED AND DIRECTED** that the **ORDER SETTING CONDITIONS OF RELEASE** heretofore entered on May 2, 2008, by the Honorable W. Leon Barfield, U. S. Magistrate Judge, Southern District of Georgia be, and it is, **REVOKED** and that the defendant be **DETAINED**. Defendant WILLIAMS is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility pending disposition of his case. He shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 16th day of MARCH, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE